IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO

Civil Action No.: **07-cv-01804-AP**

**RENATO LOPEZ,**

                Plaintiff,

v.

**MICHAEL J. ASTRUE,**
**Commissioner of Social Security**,

                Defendant.

---

**JOINT CASE MANAGEMENT PLAN FOR SOCIAL SECURITY CASES**

---

**1. APPEARANCES OF COUNSEL AND *PRO SE* PARTIES**

<u>For Plaintiff</u>:  Frederick W. Newall, Esq.
730 N. Weber, #101
Colorado Springs, Colorado 80903
(719) 633-5211
(719) 635-6503 (facsimile)
newallfrederickw@qwest.net

<u>For Defendant</u>:  TROY A. EID
United States Attorney

Kevin Traskos
Assistant U.S. Attorney
Kevin.traskos@usdoj.gov

Bonnie E. Sims
Special Assistant United States Attorney

<u>Mailing Address</u>:
1961 Stout Street, Suite 1001A
Denver, Colorado  80294

Street Address:
1225 Seventeenth Street, Suite 700
Denver, Colorado 80202
(303) 844-7278
(303) 844-0770 (facsimile)
Bonnie.sims@ssa.gov

**2.     STATEMENT OF LEGAL BASIS FOR SUBJECT MATTER JURISDICTION**

The Court has jurisdiction based on section 205(g) of the Social Security Act, 42 U.S.C. 405(g).

**3.     DATES OF FILING OF RELEVANT PLEADINGS**

    A.    **Date Complaint Was Filed:**     August 27, 2007
    B.    **Date Complaint Was Served on U.S. Attorney's Office:**     September 17, 2007
    C.    **Date Answer and Administrative Record Were Filed:**     November 15, 2007

**4.     STATEMENT REGARDING THE ADEQUACY OF THE RECORD**

**Plaintiff states:**  To the best of his knowledge, the record is complete. However, the Plaintiff reserves the right to supplement the record if necessary at the time of the Opening Brief.

**Defendant states:**  Defendant's counsel states that she will not object to Plaintiff submitting additional evidence with the opening brief, but she can not agree to supplement the certified record with any evidence that was not before the ALJ or the Appeals Council.

**5.     STATEMENT REGARDING ADDITIONAL EVIDENCE**

The parties state that there is no additional evidence.

**6.     STATEMENT REGARDING WHETHER THIS CASE RAISES UNUSUAL CLAIMS OR DEFENSES**

The parties state that, to the best of their knowledge, this case raises no unusual claims or defenses.

**7.     OTHER MATTERS**

None.

8. **BRIEFING SCHEDULE**

   A. **Plaintiff's Opening Brief Due:**     December 20, 2007
   B. **Defendant's Response Brief Due:**    January 31, 2008
   C. **Plaintiff's Reply Brief (If Any) Due:**  February 21, 2008

9. **STATEMENTS REGARDING ORAL ARGUMENT**

   **Plaintiff's Statement:** Plaintiff does NOT request oral argument

   **Defendant's Statement:** Defendant does not request oral argument.

10. **CONSENT TO EXERCISE OF JURISDICTION BY MAGISTRATE JUDGE**

    *Indicate below the parties' consent choice.*

    A.  ( ) All parties have consented to the exercise of jurisdiction of a United States Magistrate Judge.

    B.  (X) All parties have not consented to the exercise of jurisdiction of a United States Magistrate Judge.

11. **OTHER MATTERS**

    THE PARTIES FILING MOTIONS FOR EXTENSION OF TIME OR CONTINUANCES MUST COMPLY WITH D.C.COLO.LCivR 7.1(C) BY SUBMITTING PROOF THAT A COPY OF THE MOTION HAS BEEN SERVED UPON THE <u>MOVING ATTORNEY'S CLIENT</u>, ALL ATTORNEYS OF RECORD, AND ALL *PRO SE* PARTIES.

12. **AMENDMENTS TO JOINT CASE MANAGEMENT PLAN**

    The parties agree that the Joint Case Management Plan may be altered or amended only upon a showing of <u>good cause</u>.

DATED this 4th day of   December, 2007.

                                      BY THE COURT:

                                      *S/John L. Kane*
                                      U.S. DISTRICT COURT JUDGE

APPROVED:

| | |
|---|---|
| s/Frederick W. Newall | TROY A. EID |
| Frederick W. Newall, Esq. | UNITED STATES ATTORNEY |
| 730 N. Weber, #101 | |
| Colorado Springs, Colorado 80903 | s/Kevin Traskos |
| (719) 633-5211 | KEVIN TRASKOS |
| (719) 635-6503 (facsimile) | Assistant U.S. Attorney |
| newallfrederickw@qwest.net | 1225 Seventeenth Street, Suite 700 |
| | 17th Street Plaza |
| Attorney for Plaintiff | Denver, Colorado 80202 |
| | Telephone: (303) 454-0100 |
| | kevin.traskos@usdoj.gov |
| | |
| | s/Bonnie E. Sims |
| | By: Bonnie E. Sims. |
| | Special Assistant U.S. Attorney |
| | |
| | *Mailing Address:* |
| | 1961 Stout St., Suite 1001A |
| | Denver, Colorado  80294 |
| | |
| | *Street Address:* |
| | United States Attorney's Office |
| | 1225 Seventeenth Street, Suite 700 |
| | Denver, Colorado  80202 |
| | Telephone:  (303) 844-7278 |
| | bonnie.sim@ssa.gov |
| | |
| | Attorney for Defendant |