# THE UNITED STATES DISTRICT COURT
# FOR THE DISTRICT OF COLORADO

Civil Action No. 07-cv-01804-AP

RENATO LOPEZ,

    Plaintiff,

    v.

MICHAEL J. ASTRUE, Commissioner of Social Security,

    Defendant.

---

**ORDER GRANTING MOTION BY DEFENDANT
TO ALTER OR AMEND JUDGMENT**

---

    The Commissioner of Social Security has moved (doc. #22), filed February 29, 2008, pursuant to Fed. R. Civ. P. 59(e), requesting that the February 28, 2008 Judgment entered by this Court be altered or amended to reflect that the Social Security Administration's Appeals Council will, upon remand by this Court, issue a decision favorable to Plaintiff. The Commissioner states that the Social Security Administration's Appeals Council, in its role as finder of fact, has further reviewed Plaintiff's case and determined that a rehearing is unnecessary and that it is appropriate to issue a decision finding that Plaintiff was disabled during the period at issue in this case.

    Under sentence four of 42 U.S.C. § 405(g), this Court has the power "to enter, upon the pleadings and transcript of the record, a judgment affirming, modifying or

reversing the decision of the Commissioner, with or without remanding the cause for a rehearing." *See* 42 U.S.C. § 405(g); *Shalala v. Schaefer*, 509 U.S. 292, 297 (1993).

Pursuant to the power of this Court to enter a judgment affirming, modifying, or reversing the Commissioner's decision with a remand under sentence four of 42 U.S.C. § 405(g), and in light of the Commissioner's Unopposed Motion to Alter or Amend Judgment, this Court finds sufficient cause to amend the Judgment, and

REVERSES the Commissioner's decision under sentence four of 42 U.S.C. § 405(g), and

REMANDS the cause to the Commissioner to issue a decision favorable to Plaintiff, as set forth above.

IT IS SO ORDERED.

Dated at Denver, Colorado this 29th day of February, 2008.

*S/John L. Kane*
John L. Kane, Senior Judge
United States District Court