# UNITED STATES DISTRICT COURT
# DISTRICT OF COLORADO

Civil Action No.:     **07-cv-01804-JLK**

**RENATO LOPEZ,**

                              Plaintiff,

vs.

**MICHAEL J. ASTRUE,**
**Commissioner of Social Security**,

                              Defendant.

## ORDER FOR ATTORNEY FEES UNDER EAJA

The matter is before the Court on the Stipulated Motion for Award of Attorney Fees Pursuant to the Equal Access to Justice Act (doc. #27), filed June 10, 2008. The motion is **GRANTED**. It is

**ORDERED** that the Defendant pay to Plaintiff, attorney fees under EAJA in the amount of **$3,200.00**, to the Plaintiff , in care of the Plaintiff's attorney. Plaintiff's Motion For Attorney Fees Under EAJA (doc. #25), filed May 30, 2008, is denied as moot.

DATED at Denver, Colorado, this 11th day of June, 2008.

                              BY THE COURT:

                              *S/John L. Kane*
                              JOHN L. KANE, SENIOR JUDGE
                              UNITED STATES DISTRICT COURT JUDGE